**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN STRAUB,** | : | **VIOLATION:** |
| | : | |
| | : | **18 U.S.C. §§ 1341, 2** |
| **Defendant.** | : | **(Mail Fraud, Causing an Act** |
| | : | **to be Done, Aiding and Abetting)** |

## INFORMATION

The United States Attorney informs the Court that:

Introduction

1. The Carnegie Institution of Washington (hereinafter "CIW") is a non-profit scientific research organization that specializes in the physical and biological sciences. CIW is organized into six departments, including the Geophysical Laboratory (hereinafter "Laboratory") located at 5251 Broad Branch Road, N.W., Washington, D.C.. The Laboratory is engaged in the basic research and advanced education of earth sciences.

2. From approximately 1985 until January, 2006, defendant JOHN STRAUB was employed by the Laboratory as an Accountant and Business Manager. STRAUB's job responsibilities included oversight of P.M., who was, among other things, responsible for reviewing and reconciling the monthly credit card statements the Laboratory received from Diners Club and Sam's Club. STRAUB was authorized the sign the payment checks mailed to Diners Club, located in The Lakes, Nevada, and to Sam's Club, located in Carol Stream, Illinois. STRAUB approved the general ledger entries that recorded the credit card expenditures of the Laboratory's employees into the proper

account or category.  On a quarterly basis,  STRAUB was responsible for providing the detail that

comprised the balances of the expense accounts, including the Advance account, to CIW for review

and reconciliation.

3.  Some employees of the Laboratory, including  STRAUB, were issued credit cards issued

by Diners Club and Sam's Club to pay to for expenditures incurred in furtherance of the Laboratory's

operations.  It was STRAUB's job responsibility, among others, to ensure that employees reimbursed

the Laboratory for all personal expenditures that were paid for using the Diners Club and Sam's Club

credit cards issued to them by the Laboratory.

4.  STRAUB was issued a Diners Club and a Sam's Club credit card by the Laboratory.

STRAUB was authorized to use the credit cards to pay to expenditures such as office supplies and

equipment, gasoline for the Laboratory's vehicles, and travel to attend training classes or seminars.

### Purpose of the Scheme to Defraud CIW

5.  From in or about May 1, 2002 through January 4, 2006,  STRAUB used the Diners Club

and Sam's Club credit cards issued to him by the Laboratory to pay for personal expenditures he

incurred without the authority of CIW.

### The Scheme to Defraud CIW

6.  It was part of the scheme and artifice to defraud that STRAUB used the Diners Club credit

card to pay for items purchased at Sharper Image and he used the Sam's Club credit card to pay for

electronic items such as a 42" Plasma television.

7.  It was further part of the scheme and artifice to defraud that STRAUB used the Diners

Club credit card to pay for vacation expenditures in Orlando, Florida; Indianapolis, Indiana; St.

Thomas, Virgin Islands; Curacao, Aruba; Las Vegas, Nevada; and Honolulu and Kapolei, Hawaii.

STRAUB used the Diners Club credit card to pay for vacation expenditures such as airline tickets, Walt Disney World merchandise, a Royal Caribbean Cruise, and a Voyager of the Seas cruise.

8.   STRAUB used the Diners Club and Sam's Club credit cards issued to him by the Laboratory to pay for unauthorized personal expenditures that totaled at least $105,597.21.

9.   From on or about May 1, 2002 through on or about January 4, 2006, in the District of Columbia and elsewhere, in a continuing course of conduct, for the purpose of executing and attempting to execute the scheme and artifice, defendant STRAUB did knowingly cause to be delivered by United States mail among other items:

| Date of Check | Check Number | Payee | Payment Mailed To |
| --- | --- | --- | --- |
| 7/19/05 | 027616 | Sam's Club | Carol Stream, IL 60197 |
| 8/23/05 | 027770 | Sam's Club | Carol Stream, IL 60197 |
| 10/12/05 | 028024 | Sam's Club | Carol Stream, IL 60197 |

**(Mail Fraud, Causing an Act to be Done, Aiding and Abetting,
in Violation of 18 United States Code, Sections 1341 & 2)**

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR # 498610


BY:   _____
STEVEN J. DURHAM
ASSISTANT U.S. ATTORNEY
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-8316