UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 1:07-cr-00243 |
| JOHN STRAUB | : |
| Defendant | : |

### LINE OF APPEARANCE

Please enter the appearance of Richard A. Finci, Esquire, as counsel on behalf of Defendant, John Straub, in the above-captioned matter.

Respectfully submitted,

_____
RICHARD A. FINCI, #389841
HOULON, BERMAN, BERGMAN,
FINCI & LEVENSTEIN
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of Sept., 2007, a copy of the foregoing Line was mailed, postage pre-paid, to:

Steven J. Durham, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

_____
RICHARD A. FINCI