AO 455 (Rev. 5/85) Waiver of Indictment

FILED
OCT 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

For the _____ DISTRICT OF Columbia

UNITED STATES OF AMERICA
V.

John Straub

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-243

I, __John Straub__, the above named defendant, who is accused of

Mail Fraud in violation of 18 U.S.C. § 1341

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __October 11, 2007__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer