UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA |
| :---: |
| v. |
| John Straub |
| **Defendant.** |

FILED
OCT 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Criminal 07-243

## SENTENCING SCHEDULING ORDER

It is this 11 th day of October, hereby

**ORDERED** that the sentencing in this matter is set for January 25, 2008 at 10:30am.; and it is

**ORDERED** that the probation officer assigned to this case disclose the initial version of the pre-sentence investigation report to the parties 45days after the referral date; and it is further

**ORDERED** that counsel submit their objections to the probation officer 10 days after the report is initially disclosed by the probation office; and it is further

**ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report 10 days after the parties have submitted their objections; and it is further

**ORDERED** that the parties file any memoranda in aid of sentencing with the court 10 days after the final version of the pre-sentence report is disclosed by the probation officer; with responses thereto due five days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to reply upon.

**SO ORDERED.**

Henry H. Kennedy, Jr.
United States District Judge