UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

John Straub

**Defendant.**

FILED

OCT 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Criminal

07-243

### SENTENCING SCHEDULING ORDER

It is this 11 th day of October, hereby

**ORDERED** that the sentencing in this matter is set for January 25, 2008 at 10:30am.; and it is

**ORDERED** that the probation officer assigned to this case disclose the initial version of the pre-sentence investigation report to the parties 45days after the referral date; and it is further

**ORDERED** that counsel submit their objections to the probation officer 10 days after the report is initially disclosed by the probation office; and it is further

**ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report 10 days after the parties have submitted their objections; and it is further

**ORDERED** that the parties file any memoranda in aid of sentencing with the court 10 days after the final version of the pre-sentence report is disclosed by the probation officer; with responses thereto due five days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to reply upon.

**SO ORDERED.**

/s/ Henry Kennedy, Jr.
Henry H. Kennedy, Jr.
United States District Judge

U.S. Department of Justice
U.S. Attorneys

FILED

# United States District Court
# for the District of Columbia

OCT – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | |
| JOHN STRAUB, : | Case No. 07-243(HHK) |
| DEFENDANT. : | |

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __11TH__ day of __OCTOBER 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __TO BE DETERMINED__ by __INVESTIGATOR DIANE EICKMAN__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __INVESTIGATOR DIANE EICKMAN__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_/s/ Henry Kennedy_
Judge ~~xxxxxMagistratexxxx~~    HENRY H. KENNEDY

DEFENSE COUNSEL

DOJ USA-16-1-80