UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal No. 1:07-cr-00243 |
| JOHN STRAUB : | |
| Defendant : | |

### CONSENT MOTION FOR EXTENSION OF TIME FOR NOTING OBJECTIONS TO PRESENTENCE REPORT

Comes now the Defendant, **JOHN STRAUB**, by and through counsel, Richard A. Finci and the Law Offices of Houlon, Berman, Bergman, Finci & Levenstein and respectfully states as follows:

1. According to the Sentencing Scheduling Order passed by the Court in the above captioned matter, the Presentence Report is due to be disclosed on December 21, 2007 and any objections are due by January 4, 2008.

2. Undersigned counsel will be out of the country on a pre-planned family vacation from December 20, 2007 through January 2, 2008. Although no objections are anticipated based on events in this case to date, Defendant nevertheless respectfully requests that this Honorable Court extend the defense objection deadline until January 11, 2008.

3. Undersigned counsel has consulted with Assistant United States Attorney Steven Durham concerning this request and he has indicated no objection.

**WHEREFORE**, Defendant respectfully requests the following relief:

1. That this Honorable Court extend the time for noting objections to the Presentence Report to January 11, 2008.

2. Such further and additional relief as justice may require.

Respectfully submitted,

_____
RICHARD A. FINCI, #389841
HOULON, BERMAN, BERGMAN,
FINCI & LEVENSTEIN
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2th day of _____, 2007, a copy of the foregoing Consent Motion for Extension of Time for Noting Objections to Presentence Report was mailed, postage pre-paid, to:

Steven J. Durham, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

_____
RICHARD A. FINCI

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :    Criminal No. 1:07-cr-00243

JOHN STRAUB                       :

      Defendant             :

### ORDER

Upon consideration of Defendant's Motion for Extension of Time for Noting Objections to Presentence Report and the Government's consent thereto, it is this _____ day of _____, 2007,

**ORDERED**, that Defendant's Motion be and is hereby granted and, it is further,

**ORDERED**, that the defense objection deadline is hereby extended to January 11, 2008.

_____
HENRY H. KENNEDY, JR., JUDGE