## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Criminal No. 1:07-cr-00243** |
| **JOHN STRAUB** | : | |
| **Defendant** | : | |

## DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Comes now the Defendant, **JOHN STRAUB**, by and through counsel, Richard A. Finci and the Law Offices of Houlon, Berman, Bergman, Finci & Levenstein and respectfully submits this Memorandum in Aid of Sentencing and attachments thereto.

For ease of reference, the Defendant has adopted and followed the Government's Memorandum in Aid of Sentencing. Thus, at the outset, Defendant agrees that the adjusted final offense level in this matter under the United States Sentencing Guidelines is 14 with an advisory Guideline Sentencing Range of 15 to 21 months. Defendant also notes with appreciation the Government's lack of opposition to a low end sentence.

## I.    FACTUAL BACKGROUND

In its Memorandum in Aid of Sentencing, the Government sets forth verbatim the "Statement of Offense" which was submitted in support of the Plea Agreement. The Defendant continues to agree that the facts are accurate and accepts full responsibility for his actions.

Although the Government has chosen not to pursue information provided by the Defendant in debriefing sessions, the Government in footnote 1 has agreed that there is "no reason to discredit Defendant's information. . .". In addition to that information, Defendant fully disclosed how the present offense occurred. He informed the Government that, as business manager of the Geophysical Laboratory at Carnegie Institution, he supervised Paul Meeder who was the accounting manager. As such, from 2002 through 2005, it was Mr. Meeder's job to reconcile the "Advance" account and submit reimbursement requests for personal expenses which may have come on that account. The account was not reconciled from 2002 through 2005 and thus, the personal usage of this credit card was never reimbursed to the Carnegie Institution by either Mr. Meeder or Defendant. As Supervisor, Defendant was responsible for making certain that the account was reconciled in an accurate manner.

## II.    SENTENCING CONSIDERATIONS - DEFENDANT'S ALLOCUTION

Defendant has reviewed the Presentence Investigation Report and agrees that it is accurate. Additionally, Defendant again appreciates the Government's forthright explanation of the mitigating factors in Section II of its Sentencing Memorandum. The plea entered by Defendant was a pre-indictment plea with an agreement to cooperate with the Government. Moreover, as the Government points out, Defendant has no criminal history and the Government acknowledges that he is not the type of person to be at high risk for recidivism. Defendant has accepted his responsibility and is deemed by the Government to be genuinely remorseful.

For his part, Defendant also wishes to highlight some additional mitigating factors and provide documentation in the way of personal letters and other documents for the Court to review in advance of the Hearing.

Initially, Defendant has attached the following personal letters for the Court's review:

1.    Personal character letter from Father Nick Manousakis of Saints Constantine & Helen Greek Orthodox Church.

2.    Personal character letter of Reginald Jenkins - Defendant's next door neighbor.

3.    Personal character letter of Dorothy Gates - long time employer and friend of the Defendant.

4.    Personal character letter of Craig W. McKee - retired Major, U.S. Army Reserve with whom Defendant served.

5     Multiple letters from employees of the Carnegie Institution of Washington Geophysical Laboratory with whom Defendant worked for over 20 years prior to the charges in this matter.

6.    Military Documents:
      a.    Officer Rating - March 8, 1994.
      b.    Officer Rating - March 27, 1992.
      c.    Certification of Honorable Discharge Retired Reserves  - October 8, 1996.
      d.    Army Achievement Medal - September 11, 1992.
      e.    Intelligence Unit Training Certificates.

## III.    <u>RESTITUTION</u>

As the Court will have noted from paragraph 7 of the Plea Agreement, prior to the initiation of the Government's investigation in this case, Defendant paid back to Carnegie Institution of Washington the sum of $22,808.15.  The parties negotiated

that additional restitution in the amount of $82,789.06 was due and owing to the

Carnegie Institution.  Since, that time, in telephone and e-mail consultation with

Ronald C. Machen, Esquire, counsel learned that Defendant had not yet been paid

vested leave totaling $6,412.55 and that Carnegie Institution had retained $948.26

owed to Defendant not previously accounted for.  Thus, the balance owed was

$75,427.45.

Contemporaneous with the filing of this Memorandum, that sum has been paid

to the Carnegie Institution.  (See Copy of check attached.)  Prior to this Sentencing

proceeding, Defendant remitted that amount to the Carnegie Institution of Washington

and delivered same to Gary Kowalczyk as directed by counsel for the Carnegie

Institution, Ronald C. Machen, Esquire.

Finally, it must be noted that the Court sentenced co-defendant, Paul Meeder,

to five years of probation with 200 hours of community service and the special

assessment of $100.00 imposed plus restitution as a condition of probation.

Respectfully submitted,

RICHARD A. FINCI, #389841
HOULON, BERMAN, BERGMAN,
FINCI & LEVENSTEIN
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _1st_ day of _February_, 2008, a copy of the foregoing Defendant's Memorandum in Aid of Sentencing was mailed, postage pre-paid, to:

Steven J. Durham, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C.  20001

RICHARD A. FINCI





**Saints Constantine & Helen Greek Orthodox Church**
Reverend Protopresbyter Nicholas G. Manousakis, Proistamenos
4115 16th Street, N.W., Washington, DC 20011 ✦ (202) 829-2910 – Fax (202) 829-8060

To Whom It May Concern:

### RE: John Straub

It gives me great pleasure and deep spiritual satisfaction in writing this letter of reference for JOHN STRAUB, whom I have known nearly five years.

I personally commend Mr. Straub for his devotion and love for his church as well as for his superb citizenship. He is very likeable, and intelligent, consequently it is always a joy to engage him in conversation.

I know Mr. Straub not only as a communicant of my parish, but also as friend and ardent supporter on our parish but especially of our youth program. I would do whatever necessary in maintaining my association with him – it ads stature to who I am in knowing such an individual.

This letter of reference is made without any personal reservation; and I am confident that he will be accorded every possible consideration for the purpose for which it is written.

Very sincerely,

Father Nick G. Manousakis
January 11, 2008



**ECUMENICAL PATRIARCHATE**
**GREEK ORTHODOX ARCHDIOCESE OF AMERICA**

January 18, 2008

To Whom It May Concern:

Helen and I have known John and Niki for over twenty years. When they moved into their residence on Wilton Oaks Drive, we were happy to finally have a family move in to a rental property that had been sorely neglected. They immediately proceeded to fix and clean up the place. They are wonderful neighbors and good friends. Our children, Helema and Omar, have grown up with James, John and Andrew. On many occasions, Helema babysat for the younger Straub boys. The first holiday season that the Straub's lived in the neighborhood, they held an open house and invited all of us to stop in. Since then, the tradition has continued, and our entire community has benefited from it.

John has always been a neighbor that you could count. He has been active in our neighborhood association, the elementary, middle and high school PTSA's, helping to organize the neighborhood kids to assist in raking the leaves and shovel the snow for our elderly neighbors, and always willing to loan a tool, or help with a household project. He helped to establish our "neighborhood watch" association and has been active in the local politics of our community.

Over the past two years I have seen how John has helped to move his wife's elderly aunt into assisted living and spent months cleaning, renovating and painting her apartment in Virginia. He helps to care for his mother-in-law, who is elderly and suffers from osteoporosis and arthritis. John is truly a good person. He is always willing to help and often motivates others to assist in projects that benefit the entire neighborhood.

Knowing John as I do, I ask the court to consider who would truly benefit by removing John from society. It will certainly not be his neighbors and friends.

Sincerely,

Reginald Jenkins
13108 Wilton Oaks Drive
Silver Spring, MD 20906

January 30, 2007

To whom it may concern

Character Reference for John Straub

I met John Straub almost thirty years ago when he walked into the Raleigh's store on F Street and applied for a job. At the time I was the Assistant Store Manager and John worked for me in the Men's Furnishings Department. John was a quick learner and soon became my Shoe Department Manager. We became good friends and shared social as well as employment related events. In the fall of 1979, the F street store was closed and John was transferred to the store in Wheaton Plaza. He worked there until deciding to return to college in 1980, at which time he transferred to the Raleigh's in Montgomery Mall, where I was the Assistant Store Manager. So, once again, John was working for me, although it was on a part-time basis. Six months later John accepted a full-time Computer Operations position with Raleigh's, on the graveyard shift. This allowed him to attend school during the day and work full-time at night in order to pay for college.

We have stayed in touch over the years, even as Raleigh's closed. John graduated from the University of Maryland, married Niki and began to raise his own family. I have continued to work in retail and am now the Manager of the Syms store in Rockville, MD. I have met John's three sons and seen them grow from young men's clothing, suits and tuxedos. It has been such a pleasure to see the changes and to know that I had a role in John's growth and development into a fine family man.

It gives me great pleasure to write this letter on his behalf and to acknowledge his good nature, kindness, devotion to his family and friends, and the manner in which he has always been willing to help others and afforded them every opportunity to further themselves. He is a wonderful individual who should be given every opportunity to continue the unselfish manner in which he as always conducted himself and I am grateful for his continued, unselfish friendship.

Sincerely,

Dorothy Gates    Asstistant  Store Manager    Manager
Syms – Rockville, MD

January 14, 2008

To Whom It May Concern:

I first met John Straub in 1991 during joint service within a newly formed linguist unit in the army Reserve. In conjunction with Major James Dunphy, we formed the core of what was to become the 1st USAR Linguist Unit in the Army Reserve, the first unit of its kind in the Units States Armed Forces. Our assignment was to build a unit that could provide linguists to the active US forces unit serving throughout the world. Eventually, our unit also became a source for reservists filling in for active duty attaches in our embassies around the world. We encouraged each other, through the early years, by recruiting guest speakers and exploiting linguist opportunities presented by the presence of foreign embassies in Washington, DC.

By the time I retired from the unit, as the chief of Staff, Captain Straub was head of the Spanish group and had served tours at our embassies in Costa Rica, Mexico and Nicaragua. His additional duty, at that time, was to assist the unit commander, Colonel Andrew Neroulias, with the movement of the unit from its original location in Crystal City to the Army Reserve Center in Greenbelt, Maryland.

In the many years I have known John, I have found him to be dedicated and conscientious and a loyal individual who always demonstrated professionalism in the execution of his duties and assignments. After 31 years of active Army and Foreign Service duty, and having served, supervised and worked with many individuals, it is my distinct pleasure to attest to John's moral character and fiber. John is an upstanding member of the community and he should be given every opportunity to utilize his talents to serve it and improve it. It has been a pleasure to have served with him in the Army Reserve, to consider him a personal friend and to know that I played a role in his dedication and commitment to our society.

Sincerely,

Craig W. McKee
1216 South Buchanan Street
Arlington, VA  22204

January 22, 2008

To Whom It May Concern:

I have known John Straub since 1990, when I joined the staff of the Carnegie Institution of Washington's Geophysical Laboratory, where John worked as business manager. Until his departure from Carnegie in January 2006 I saw him on essentially a daily basis. In additional to our professional association, my late wife and I grew to know John and his wife on a social basis and enjoyed the hospitality of their home on several occasions.

John's friendly and outgoing character, keen mind, and sense of humor made him a pleasure to be around. He impressed me as a devoted husband and father for whom the welfare of his family and the quality of his personal relationships were paramount. He was always a gracious and exceptionally generous host. As a co-worker, John seemed to me capable, knowledgeable, and hard-working. He was never afraid to roll up his sleeves and help out when people needed assistance with projects. I always felt I could count on him for sound professional advice or guidance on policies and procedures. For years he played an important role in procuring food for our institute's charitable outreach effort – the preparation of a free breakfast for 300 homeless people once every month. While he was not overtly religious to my knowledge, I believe John acted out his faith by how he treated the people around him, particulary those less fortunate.

While I have seen John only once in the past two years, when he attended my wife's funeral, I have warm memories of him as a congenial co-worker and a generous friend with whom I shared many pleasant conversations.

Sincerely yours,

Shaun J. Hardy
2411 Dennis Avenue
Silver Spring, MD 20902

January 21, 2008

TO WHOM IT MAY CONCERN:

I have known John Straub for over 20 years. When I applied for the position as secretary at the Geophysical Laboratory in 1987, John was the Business Manager and hired me for the position. I retired from that position in 2006.

John is a very likeable person and always treated me with respect and cordiality. I found him to be an easy person to talk to and knowledgeable in his duties as the Business Manager.

In the few times I was in his home I found him to be a loving husband, son-in-law and father.

Sincerely

Sue Schmidt
10801 Drumm Ave.
Kensington, MD 20895

January 16, 2008

To Whom It May Concern:

### Re: Character Reference – John Straub

My name is Christos Hadidiacos. I'm 65 years old and reside in Rockville, Maryland with my wife of 44 years. I am employed at the Carnegie Institution of Washington, Geophysical Laboratory, and have been for 42 years.

The purpose of this letter is to provide a character reference for Mr. John Straub whom I have known as a co-worker and a friend for a period of over 20 years. At work, we have participated in a variety of activities over the years, such as employee appreciation parties/dinners, annual picnics, volleyball games on our lunch breaks, educational seminars, etc. I've always known John to be a prudent, conscientious, sincere, well-organized, neat, meticulous, hardworking, outgoing, helpful and caring person.

On a more personal level my wife Elaine and I have been good friends of John and his wife Niki. We have had many occasions over the years where we enjoyed each others company and mutual interests, like our monthly card games at their home in Silver Spring, or at ours in Rockville, or out for dinner and a concert at the Kennedy Center. Whenever invited to my wife's Sweet Adeline Concerts, John and Niki would make every effort to attend. Once, John even brought his father to one of her shows. On another occasion, John and Niki invited us to one of their Greek Orthodox Church's Annual Dinner and Dance as their guests. We certainly enjoyed participating in the traditional Greek dances! We were present at their youngest son Andrew's christening and reception afterwards. It was obvious they had many loving friends!

John is very proud of his family and has endeavoured to be a major provider in the home for his wife and 3 children and his elderly live-in mother-in-law. Their home reflects their warmth, love, contentment and kindness to each other and to their guests. We were always greeted with hugs, kisses and lots of wonderful home-made Greek goodies! It was always such a pleasure to be in their presence! They always made us feel at home. The evening would always fly by, and we hated to leave. Often times they would pack up some special Greek goodies to send us home with!

Whether sharing special moments with John and his family, or working with him on a one-to-one basis, I can't remember a time when I couldn't rely on John to come thru for me or any one else in his life. I feel that my life has been enriched by knowing John, and I will stand by him in his time of need as I know he would for me.

Thank You.

*Christos Hadidiacos*

Sincerely,
Christos Hadidiacos
16 Farsta Ct.
Rockville, MD  20850

**CARNEGIE INSTITUTION OF WASHINGTON**

DEPARTMENT OF TERRESTRIAL MAGNETISM
5241 BROAD BRANCH ROAD, N.W.
WASHINGTON, D.C. 20015-1305

TEL. 202/478-8820                    http://www.dtm.ciw.edu                    FAX 202/478-8821

January 7, 2008

To whom it may concern.

I, Fouad Tera, a staff scientist at the Department of Terrestrial Magnetism of Carnegie Institution for Science since 1977, write this reference letter on behalf of Mr. John Straub, whom I have known as a fellow employee of Carnegie Institution for more than ten years.

I can say without reservation that John was a human dynamo, full of good will and ability to get things done, even those chores far outside his immediate responsibilities. His personality shined with optimism, co-operation, competence, and a pleasantly gentle sense of humor. In short he symbolized excellence in a supporting staff member at an academic institution. So much so, that the scientific staff considered him a friend, to include in sports, social events, and outings.

The Scientific Staff was saddened by an aberration in John's carrier that resulted in his termination. Many expressed sympathy and support, but could not interfere with a management-decision outside the sphere of their responsibilities.

Kindness toward others is a measure of goodness in an individual. I have persistently seen it in John's behavior over the years. For that reason, among other things, I think John is worthy of kindness towards him, by giving him a chance for a fresh start. I know that a lesson has been learned, which will compliment the many positive characteristics of John, an extraordinary team player.

Fouad Tera,
Staff Member Emeritus
Department of Terrestrial Magnetism
Carnegie Institution for Science
5241 Broad Branch Rd, NW,
Washington DC 20015
Tel. (202) 478-8472
Cell (202) 812-8321
tera@dtm.ciw.edu

# CARNEGIE INSTITUTION

OF WASHINGTON          *Extending the Frontiers of Science*

Geophysical Laboratory
5251 Broad Branch Road, N.W.
Washington, D.C. 20015

Phone  202 478-8936
FAX    202 478-8901
e-mail  fei @gl.ciw.edu

January 11, 2008

To Whom It May Concern:

This letter is to state my impressions of Mr. John Straub.

I came to know Mr. Straub at both a personal and professional level when I joined the Carnegie Institution in 1988.

Mr. Straub is a family oriented man and always very friendly to everyone around the Institution. We are a research institute preparing young scientists for their professional careers at university and national labs, and as such we have many visitors every year. Mr. Straub always dutifully helped everyone to settle down in the new environment and made sure that their needs were met so that their visit would be a productive one. He was very involved in institution events, always very cheerful, and always ready to help. He truly made people at the institute feel like part of a big family where everyone cared about each other.

Mr. Straub poses no threat to the society. He is a kind man and I am grateful to have had an opportunity to work with him. His talent is better used through community service and in the process he will be a productive member of the society again.

Sincerely,

Dr. Yingwei Fei
Senior Staff Scientist

Robert M Hazen
*Experimental Mineralogist*

Carnegie Institution of Washington
Geophysical Laboratory

5251 Broad Branch Rd. NW • Washington, DC 20015-1305
Tel: (202) 478-8962
Fax: (202) 478-8901                    hazen@gl.ciw.edu

7021 Mac Arthur Blvd.
Bethesda, MD 20816
7 January 2008

To Whom it May Concern:

I am pleased to write in reference to the character of Mr. John Straub. I have known John for more than a decade as a fellow employee at the Carnegie Institution. He has always been kind and caring of his colleagues, active in the Institution's charitable activities, supportive of young scientists on their arrival from foreign lands, and a very positive force in the social life of the Geophysical Laboratory.

What John did was wrong, but he is neither a malicious nor uncaring person. I ask the Court to take these factors into account in the sentencing process.

Sincerely,

Robert M. Hazen

SEE PRIVACY ACT STATEMENT
ON DA FORM 67–8–1

For use of this form, see AR 623-105; proponent
agency is US Army Military Personnel Center.

## PART I — ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| STRAUB, JOHN M. | 212–68–3840 | O3 | Year 88 Month 08 Day 21 | IN | 11B | | |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | | j. REASON FOR SUBMISSION | | k. COMD CODE |
|---|---|---|---|---|
| 1st USAR Linguist Unit (RTU)<br>6601 Baltimore Ave., Riverdale, MD  20737-1025 | | 05 | Annual | SP |

| l. PERIOD COVERED | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|
| FROM | | THRU | | | 12 | | [X] 1. GIVEN TO OFFICER  8 March 94 <br> [ ] 2. FORWARDED TO OFFICER | 13106 Wilton Oaks Dr.<br>Silver Spring, MD 20906 |
| Year 92 | Month 05 | Day 09 | Year 93 | Month 05 Day 08 | | | | |

q. EXPLANATION OF NONRATED PERIODS

## PART II — AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| Kormann, Wells B. | 558–74–3115 | [ ] Wells B. Kormann | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| MAJ, IN, 1st USAR Linguist Unit, Headquarters Commandant | | | 18 Jan 94 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| | | | |
| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
| Kuntz, Glenn J. | 140–40–6556 | [ ] | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| LTC, EN, 1st USAR Linguist Unit, Executive Officer | | | 15 Feb 94 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Jon M. Straub | 4 Jan 94 | | | | |

## PART III — DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE  Assistant Adjutant (S-1) | b. SSI/MOS  41A |
|---|---|

c. REFER TO PART IIIc DA FORM 67–8–1

As the Assistant Adjutant for OER/EER's CPT Straub manages all record-keeping and
reporting functions dealing with the Units OER's and EER's.  He has aided the commander
by developing a draft of an SOP for this area.  The detachment commanders need an
individual at headquarters to look for in guidance of OER/EER procedures.  In addition
to this daunting task CPT Straub is expected to improve his foreign language skills,
his understanding of foreign area culture, and participate in unit missions, including
unit training, document translations and liaison tasks with foreign military personnel.

## PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE

(In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

|  | HIGH DEGREE | | LOW DEGREE | |
|---|---|---|---|---|
|  | 1  2 | 3 | 4  5 | |

| | | | | |
|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | | 1 |
| 3. Maintains appropriate level of physical fitness  9302 Pass | 1 | 10. Is adaptable to changing situations | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance  73/185 Yes | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STAND-ARDS

a.1.  Quickly learned the duties of the S-1 and continually strives to improve
       unit administrative functions.
a.5/8 Shows great flexibility and effective leadership by stepping forward to
       resolve organizational and staffing problems.
b.1.   Extremely dedicated to this unit and accomplishment of all missions, both
       administrative and operational.
b.6/7 Demonstrates the power of his convictions and does not shrink from
       confronting others who meddle outside their scope of authority.

| DA  FORM  67—8<br>1 SEP 79 | REPLACES DA FORM 67 - 7  1 JAN 73 WHICH IS OBSOLETE  1 NOV 79 | US ARMY OFFICER EVALUATION REPORT |
|---|---|---|

| PERIOD COVERED |
|---|

**PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

| a. RATED OFFICER'S NAME    CPT John M. Straub | SSN    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 |
|---|---|

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    [ ] YES    [XX] NO

b. PERFORMANCE DURING THIS RATING PERIOD   REFER TO PART III DA FORM 67-8 AND PART III a. b AND c DA FORM 67-8-1

| [X] ALWAYS EXCEEDED REQUIREMENTS | [ ] USUALLY EXCEEDED REQUIREMENTS | [ ] MET REQUIREMENTS | [ ] OFTEN FAILED REQUIREMENTS | [ ] USUALLY FAILED REQUIREMENTS |
|---|---|---|---|---|

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE  REFER TO PART III DA FORM 67-8 AND PART III a. b. AND c DA FORM 67-8-1  DO NOT USE FOR COMMENTS ON POTENTIAL!

CPT Straub's enthusiasm, tenacity and dedication are the hallmarks of his outstanding service to this unit.  Because of our geographical diversity, this unit's S-1 section is the premier staff assignment.  Serving as assistant adjutant during a difficult period, when the unit was changing its location and affiliation, he distinguished himself by devoting considerable energy and non-duty time towrad improving our organization and working toward a cohesive, effective administrative structure.  CPT Straub has devoted considerable energy and technical knowledge to supervising and coordinating with remote elements and detachments the timely submission of corrected OER's and EER's.  CPT Straub has continuously followed-up on his mission by taking it upon himself to establishing a liaison with the appropriate offices at ARPERCEN, which have aided in resolving ongoing discrepancies.

DRILLS SCHEDULED: 24        DRILLS ATTENDED: 36

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

| [X] PROMOTE AHEAD OF CONTEMPORARIES | [ ] PROMOTE WITH CONTEMPORARIES | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |
|---|---|---|---|

e. COMMENT ON POTENTIAL

CPT Straub has demonstrated the potential to be an outstanding staff officer.  It is sincerely hoped that CPT Straub's responsibilities can be upgraded to that of Unit Adjutant in the coming year.  CPT Straub should be promoted as soon as possible.

**PART VI – INTERMEDIATE RATER**

a. COMMENTS

**PART VII – SENIOR RATER**

a. POTENTIAL EVALUATION (See Chapter I, AR 623-105)

| SR | | DA USE ONLY |
|---|---|---|
| [X] | HI | |
| | † | |
| | †† | |
| | †††† | |
| | †††††††††† | |
| | †††††††††††††††††††††††† | |
| | ††††††††††††††††††††† | |
| | ††††††††††† | |
| | †††† | |
| | †† | |
| | † LO | |

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW
[XX] YES    [ ] NO (Explain in b)

b. COMMENTS

CPT Straub consistently produces high quality results in spite of any obstacle and with minimal support.  He has made a significant contribution by stepping forward to take a demanding staff assignment during a critical time in the development of this unit.  Seeking no fanfare or accolades, CPT Straub has labored in the trenches as an indispensable part of our team.  He is creative in finding solutions to problems faced by the members of our organization.  CPT Straub has the motivation, drive and technical proficiency to make exceptional contributions as a staff officer and a commander.

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

## PART I – ADMINISTRATIVE DATA

**a. LAST NAME - FIRST NAME - MIDDLE INITIAL**
STRAUB, JOHN M.

**b. SSN** 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

**c. GRADE** CPT

**d. DATE OF RANK** Year 88 Month 08 Day 22

**e. BR** IN

**f. DESIGNATED SPECIALTIES** 11A

**g. PMOS (WO)**

**h. STA CODE** 11688

**i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND**
USAE, DIA, Washington, DC (WOOTAA) (IIMA)

**j. REASON FOR SUBMISSION** 12A, REFRADT

**k. COMD CODE**

**l. PERIOD COVERED**
FROM Year 92 Month 03 Day 16
THRU Year 92 Month 03 Day 27

**m. NO. OF MONTHS**

**n. MILPO CODE** MD01

**o. RATED OFFICER COPY (Check one and date)**
☐ 1. GIVEN TO OFFICER
☐ 2. FORWARDED TO OFFICER

**p. FORWARDING ADDRESS**
13106 Wilton Oaks Dr.
Silver Spring, MD 20906

**q. EXPLANATION OF NONRATED PERIODS**

## PART II – AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

**a. NAME OF RATER (Last, First, MI)**
LORENTZEN, EDWARD J.

**SSN** 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

**SIGNATURE** Edward J. Lorentzen

**GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT**
Colonel, USA, DOF-5, Chief, Latin America Division

**DATE** 3 Jul 92

**b. NAME OF INTERMEDIATE RATER (Last, First, MI)**

**SSN**

**SIGNATURE**

**GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT**

**DATE**

**c. NAME OF SENIOR RATER (Last, First, MI)**
KOZ, JOSEPH P.

**SSN** 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

**SIGNATURE** Joseph P. Koz

**GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT**
COL, O-6, USAF, VICE DIRECTOR FOR ATTACHES, DEFENSE INTELLIGENCE AGENCY

**DATE** 19 Aug 92

**d. SIGNATURE OF RATED OFFICER** John M. Straub

**DATE** 27 Mar 92

**e. DATE ENTERED ON DA FORM 2-1**

**f. RATED OFFICER MPO INITIALS**

**g. SR MPO INITIALS**

**h. NO. OF INCL**

## PART III – DUTY DESCRIPTION (Rater)

**a. PRINCIPAL DUTY TITLE** Intelligence Officer

**b. SSI/MOS** 48B

**c. REFER TO PART IIIb, DA FORM 67-8-1**
Manages the U.S. Defense Attache Offices (USDAO) in Mexico and Guatemala totaling 12 officers including one O-7, three O-6s, seven support personnel, and five attaches in training. Responsible for directing the management of $500,000 plus USDAO operating budgets and one C-12 aircraft. This is a joint staff assignment at the Department of Defense level responsible for guidance, direction and policy formulation on intelligence collection and U. S. Defense Attache Representational matters with the governments of Mexico and Guatemala. Staff officer for the Director, DIA. Coordinates Intelligence requirements with DoD, State, CIA, U & S Commands

## PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM (Rater)

**a. PROFESSIONAL COMPETENCE** (In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

HIGH DEGREE — LOW DEGREE: 1  2  3  4  5

| | | |
|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | |
| 3. Maintains appropriate level of physical fitness   PASS 9201 | 1 | |
| 4. Motivates, challenges and develops subordinates | 1 | |
| 5. Performs under physical and mental stress | 1 | |
| 6. Encourages candor and frankness in subordinates | 1 | |
| 7. Clear and concise in written communication | 1 | |
| 8. Displays sound judgment | 1 | |
| 9. Seeks self-improvement | 1 | |
| 10. Is adaptable to changing situations | 1 | |
| 11. Sets and enforces high standards | 1 | |
| 12. Possesses military bearing and appearance   73/175 YES | 1 | |
| 13. Supports EO/EEO | 1 | |
| 14. Clear and concise in oral communication | 1 | |

**b. PROFESSIONAL ETHICS** (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

A.1,10.  Quickly grasped requirements of new position.
A.7.  Demonstrates an exceptional writing ability.
B.1,2,4.  Dependable, timely, responsible-always.
B.5,8.  Beyond reproach.

**DA FORM 67-8**
1 SEP 79

REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.

**US ARMY OFFICER EVALUATION REPORT**

PERIOD COVERED    920316-920327

**PART V — PERFORMANCE AND POTENTIAL EVALUATION** (Rater)

a. RATED OFFICER'S NAME STRAUB, JOHN M.    SSN 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

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    [X] YES    [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III e, b, AND c, DA FORM 67-8-1

| [X] ALWAYS EXCEEDED REQUIREMENTS | [ ] USUALLY EXCEEDED REQUIREMENTS | [ ] MET REQUIREMENTS | [ ] OFTEN FAILED REQUIREMENTS | [ ] USUALLY FAILED REQUIREMENTS |

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III e, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL

CPT Straub is a superb officer. He made outstanding contributions to the Latin America Division. The consummate Foreign Area Officer with exceptional command of the Spanish language, he demonstrated a keen understanding of the political, economic, cultural, and sociological aspects of Mexico and Guatemala. Throughout this rating period, he displayed extraordinary professionalism and work ethic that earned the respect of everyone in this division. Captain Straub required little guidance as he completed a number of complex and demanding logistical, administrative, and policy requirements in support of the DAOs in Mexico and Guatemala. Furthermore, Capt Straub expertly managed the tasking of a sensitive collection mission, which contributed to a successful U. S. counterdrug activity.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

| [X] PROMOTE AHEAD OF CONTEMPORARIES | [ ] PROMOTE WITH CONTEMPORARIES | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |

e. COMMENT ON POTENTIAL

CPT Straub is a hard-working, competent officer who would excel in any assignment. His in-depth background in Latin America prepares him well as a reserve attache. An excellent candidate for Assistant Army Attache to Mexico or Guatemala. Select for CGSC. Promote now.

**PART VI — INTERMEDIATE RATER**

a. COMMENTS

**PART VII — SENIOR RATER**

a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)

| SR | | DA USE ONLY |
|---|---|---|
| [X] | HI | |

b. COMMENTS

A superb officer with exceptional skills. Captain Straub brought to this assignment well-honed organizational and professional capabilities as well as a keen sense of responsibility and mission accomplishment. He quickly earned respect among the permanent staff and is an invaluable asset to the Defense Attache System. Send to CGSC and promote immediately. Rated officer did not submit a support form.

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW

[ ] YES    [X] NO (Explain in b)

DA FORM 977(B), 1 NOV 53



# United States Army

## Retired Reserve

*This is to certify that*

*by authority of the Secretary of the Army:*

**JOHN MICHAEL STRAUB    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    CAPTAIN    INFANTRY    USAR**

*has been transferred to the Retired Reserve in recognition of honorable service and continued interest in the defense of our Nation, on the*

8TH    day of    OCTOBER 1996

ST. LOUIS, MISSOURI

*Norman S. Brinsley*

NORMAN S. BRINSLEY
COL, SF
COMMANDING

DA FORM 4980-18, AUG 81

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL



TO

MAJOR John M. Straub

FOR  Meritorious service as Commander, Spanish Section, Washington, D.C. Detachment of the 1ST U.S. Army Reserve Linguist Unit from 1 September 1990 to 1 September 1991. Major Straub's devotion, loyalty and accomplishments reflect great credit upon himself, the 1ST U.S. Army Reserve Linguist Unit and the United States Army.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS ELEVENTH    DAY OF    SEPTEMBER    19  92



DENNIS A. WILKIE
COLONEL, CA
COMMANDING

SECRETARY OF THE ARMY

# DEPARTMENT OF THE ARMY

## CERTIFICATE OF TRAINING



This is to certify that

**CPT JOHN M. STRAUB**

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

has successfully completed

Military Intelligence Officer Advanced Course
Company Command Module (Phase I)
24 June 1991 - 5 July 1991

Given at _____

Sixth U.S. Army ITAAS
Fort Huachuca, Arizona

EDWIN F. HALL, Colonel, MI, USAR
Commandant

DA FORM 87, 1 OCT 78

# DEPARTMENT OF THE ARMY

## CERTIFICATE OF TRAINING



This is to certify that

**HONOR GRADUATE**

**CPT JOHN M. STRAUB**

**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**

## has successfully completed

Intelligence Operations Module Course (IOM) (Phase III)

MIOAC Resident Course

21 June 1993 - 2 July 1993

Given at _____

Sixth Reserve Forces
Intelligence School
Fort Huachuca, Arizona

ROBERT B. CREE, Colonel, MI, USAR
Commandant

DA FORM 87, 1 OCT 78