**HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 0 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-243</u> |
| --- | --- | --- |
|  | : |  |
| vs. | : | SSN: |
|  | : |  |
| STRAUB, John | : | Disclosure Date: <u>December 21, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ✓ )   There are no material/factual inaccuracies therein.
(   )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        1/2/08
Prosecuting Attorney                              Date

### For the Defendant

(CHECK APPROPRIATE BOX)
(   )   There are no material/factual inaccuracies therein.
(   )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____        _____  _____
Defendant                    Date                        Defense Counsel               Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 4, 2008</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
       United States Probation Officer